# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ZEDCREST CAPITAL LIMITED | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-0780-S-BT |
| ANSLEM OSHIONEBO, et al. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **DENIES** without prejudice Plaintiff's Motion for Default Judgment [ECF No. 39].

**SO ORDERED.**

SIGNED June 18, 2025.

UNITED STATES DISTRICT JUDGE